**SELF INITIATED
AMENDMENT**

CHAMBERS OF
PIERRE N. LEVAL
CIRCUIT JUDGE
(212) 857-2310

September 19, 2008

Hon. Ortrie D. Smith, Chair
Committee on Financial Disclosure
    of the Judicial Conference of the United States
Administrative Office of the U.S. Courts
Suite 2-301
Columbus Circle, N.E.
Washington, D.C. 20544

### Re: Financial Disclosure Report for Year 2007

Dear Judge Smith:

Many thanks for your letter of August 12, 2008. Two items discussed in your letter have called my attention to mistakes in my filings, which I am taking steps to correct.

1. You note that in Part VII, Line 60, I listed the partial sale of "U.S. T-bill due 5/31/08," a security which was not listed in my previous report. In identifying this security, I made a mistake as to the year of maturity. The security was in fact "U.S. T-bill due 5/31/07." (As you note in your letter, furthermore, it is not necessary to report the maturity date of such a security.) I am submitting a Supplemental Report for the year 2007 correcting my mistake as to the year of maturity.

2. You note that in Part VII, Line 92, I list the sale of a Merrill Lynch money market fund, which security was not listed in my prior report. Thanks to your letter, I have become aware that by oversight I omitted this asset, held by a trust for which I serve as trustee, from prior reports. I am now submitting Amended Reports for prior years correcting the error by adding this security to the list in Part VII.

Together with this letter, I submit Supplemental Reports for the years 1996 - 2007 making the corrections noted above. With much gratitude for the thankless work done by you, your committee and staff in checking over reports to guard against such mistakes,



SUPPLEMENTAL

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

**SELF INITIATED AMENDMENT**

*Report Required by the Ethics in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Leval, Pierre N | U.S. Court of Appeals, 2nd Cir | 09/19/08 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final | 01/01/2007 to 12/31/2007 |
| | 5b. ☑ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 40 Foley Square Rm 1901 New York, NY 10007 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

RECEIVED
2008 SEP 22 A 9: 46
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 05/14/2008  09/19/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   " | | | | | Buy | 5/31 | O | | |
| 53.   " | A | Interest | | | Sell part | 6/5 | J | | |
| 54.   " | A | Interest | | | Sell part | 6/28 | J | | |
| 55.   " | A | Interest | | | Sell part | 7/30 | J | | |
| 56.   " | A | Interest | | | Sell part | 9/12 | J | | |
| 57.   " | A | Interest | | | Sell part | 9/28 | J | | |
| 58.   " | A | Interest | | | Sell part | 10/29 | J | | |
| 59.   " | E | Interest | | | Sell | 11/29 | N | | |
| 60.   U.S. T-bill due 5/31/08  07 | A | Interest | | | Sell part | 1/29 | J | | |
| 61.   " | D | Interest | | | Sell part | 2/2 | L | | |
| 62.   " | A | Interest | | | Sell part | 3/28 | J | | |
| 63.   " | B | Interest | | | Sell part | 4/12 | L | | |
| 64.   " | A | Interest | | | Sell part | 4/27 | J | | |
| 65.   " | E | Interest | | | Sell | 5/31 | O | | |
| 66.   Lincoln St. Realty (limited partnership) | | None | J | W | | | | | |
| 67.   Hershey (common) ● | C | Dividend | L | T | | | | | |
| 68.   Smith Barney Liquid Res Fund (common) ● | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT
for Year 2007

| Name of Person Reporting | Date of Report |
|---|---|
| LEVAL , PIERRE N. | 9/19/08 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

- In Part VII, lines 60-65 I refer to sales of "U.S.T-bill due 5/31/08." I made an error as to the due date of these bills, which was in fact 5/31/07. I have submitted the page from Part VII of my original report, amended to show the correct due date of these securities.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Leval, Pierre N | 2. Court or Organization<br><br>U.S. Court of Appeals, 2nd Cir | 3. Date of Report<br><br>05/14/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br>Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>40 Foley Square Rm 1901<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Council member | The American Law Institute |
| 2. Trustee, Executor | ▬▬▬▬▬▬▬ |
| 3. Member - Photography Committee | Museum of Modern Art |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2/10/05 | As executor, contract with Christie's, Inc. for sale of works of art. |
| 2. 5/8/07 | Contract with Lester Walker for architectural services. |
| 3. 9/28/07 | Contract with Porcelli Construction Co. for construction services. |

RECEIVED 2008 MAY 15 P 12: 04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | State St. Cultural Inst. Pension Plan - pension |
| 2. 7/25/07 | CIG (Assoc. of NYC Public Cultural Institutions) - fee for report. |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | U.S. Courts | June 7 - 10, 2007 | Lake George, NY | Court conference | $1336.45 |
| 2. | Aspen Institute | July 25 - Aug. 2, 2007 | Aspen, Colorado | Teaching | $2939.92 |
| 3. | U.S. State Dept. | Sept. 13 - 21, 2007 | Moscow, Russia | See Part VIII | $6062.00 |
| 4. | U.S. Courts | Oct. 26 - 27, 2007 | Marlboro, Vermont | J. Oakes memorial svc | $342.68 |
| 5. | Annenberg School for Communication | Nov. 2 - 11, 2007 | Amman, Jordan | See Part VIII | $4615.15 |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 05/14/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | MONY | Loan on life insurance policy | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Abbot Labs (common stock)(self ███) | E | Dividend | P1 | T | | | | | |
| 2. Exxon Mobil (common) | D | Dividend | O | T | | | | | |
| 3. Schering Plough (common)(self ███) | D | Dividend | O | T | | | | | |
| 4. PE Biosystems (common)(Perkin Elmer)(PKI) | B | Dividend | M | T | | | | | |
| 5. PE Celera Genomics (common) (CR) | | None | K | T | | | | | |
| 6. USX | A | Dividend | J | T | | | | | |
| 7. USX | | | | | Sell part | 7/20 | J | A | |
| 8. Daimler Chrysler (common) | A | Dividend | J | T | | | | | |
| 9. FMC Money Mkt (self ███ (Dreyfus) | A | Interest | J | T | | | | | |
| 10. FMC Select Fund (common) (self ███) | G | Dividend | P1 | T | | | | | |
| 11. FMC Select Fund (self) | | | | | Buy | 2/6 | J | | |
| 12. " | | | | | Buy | 2/20 | J | | |
| 13. " | | | | | Sell part | 2/26 | J | A | |
| 14. " | | | | | Buy | 3/2 | K | | |
| 15. " | | | | | Buy | 3/15 | J | | |
| 16. " | | | | | Buy | 4/3 | J | | |
| 17. " | | | | | Buy | 4/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. " | | | | | Buy | 5/23 | J | | |
| 19. " | | | | | Buy | 6/12 | J | | |
| 20. " | | | | | Buy | 7/3 | J | | |
| 21. " | | | | | Buy | 7/10 | J | | |
| 22. " | | | | | Buy` | 8/7 | J | | |
| 23. " | | | | | Buy | 10/3 | J | | |
| 24. " | | | | | Buy | 12/5 | J | | |
| 25. " | | | | | Buy | 12/14 | L | | |
| 26. " | | | | | Sell part | 12/26 | K | A | |
| 27. " | | | | | Buy | 12/31 | J | | |
| 28. FMC Select Fund ● | | | | | Buy | 2/6 | K | | |
| 29. " | | | | | Buy | 2/20 | J | | |
| 30. " | | | | | Buy | 4/3 | J | | |
| 31. " | | | | | Buy | 5/23 | J | | |
| 32. " | | | | | Buy | 6/22 | J | | |
| 33. " | | | | | Buy | 7/3 | J | | |
| 34. " | | | | | Buy | 9/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. " | | | | | Buy | 10/3 | J | | |
| 36. " | | | | | Buy | 12/14 | J | | |
| 37. " | | | | | Buy | 12/31 | J | | |
| 38. " | | | | | Sell part | 12/26 | K | C | |
| 39. Fed Hm Ln Bk Cons Disc Nts due 2/28/07 | A | Interest | | | Sell part | 1/10 | M | | |
| 40. " | E | Interest | | | Sell | 2/28 | P1 | | |
| 41. Fed Hm Ln Bk Cons Disc Nts 6/15/07 ▆▆▆▆ | D | Interest | | | Sold | 6/15 | N | | |
| 42. Fed. Hm Ln Bk Cons Disc Nt 12/05/07 ▆▆▆▆ | E | Interest | | | Sold | 12/5 | N | | |
| 43. Fed. Hm Ln Bk Cons Disc Nt 6/4/08 ▆▆▆▆ | | None | N | T | Buy | 12/5 | N | | |
| 44. Fed. Hm Ln Bk Cons Disc Nt 12/5/07 ▆▆▆▆ | | | | | Buy | 6/15 | N | | |
| 45. " | D | Interest | | | Sell | 12/5 | N | | |
| 46. Fed Hm Ln Bk Cons Disc Nts 0.0% due 2/6/08 | | None | P1 | T | Buy | 8/17 | P1 | | |
| 47. Fed Hm Ln Bk Cons Disc Nts 0.0% due 5/30/08 | | None | O | T | Buy | 11/29 | O | | |
| 48. Fed Hm Ln Bk Cons Disc Nts due 8/17/07 | E | Interest | | | Buy | 2/28 | P1 | | |
| 49. Fed Hm Ln Bk Cons Disc Nts due 8/17/07 | E | Interest | | | Sell | 8/17 | P1 | | |
| 50. U.S. T-bills 0.0% due 11/29/07 | | | | | Buy | 5/31 | O | | |
| 51. " | E | Interest | | | Sell | 11/29 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   " | | | | | Buy | 5/31 | O | | |
| 53.   " | A | Interest | | | Sell part | 6/5 | J | | |
| 54.   " | A | Interest | | | Sell part | 6/28 | J | | |
| 55.   " | A | Interest | | | Sell part | 7/30 | J | | |
| 56.   " | A | Interest | | | Sell part | 9/12 | J | | |
| 57.   " | A | Interest | | | Sell part | 9/28 | J | | |
| 58.   " | A | Interest | | | Sell part | 10/29 | J | | |
| 59.   " | E | Interest | | | Sell | 11/29 | N | | |
| 60.  U.S. T-bill due 5/31/08 | A | Interest | | | Sell part | 1/29 | J | | |
| 61.   " | D | Interest | | | Sell part | 2/2 | L | | |
| 62.   " | A | Interest | | | Sell part | 3/28 | J | | |
| 63.   " | B | Interest | | | Sell part | 4/12 | L | | |
| 64.   " | A | Interest | | | Sell part | 4/27 | J | | |
| 65.   " | E | Interest | | | Sell | 5/31 | O | | |
| 66.  Lincoln St. Realty (limited partnership) | | None | J | W | | | | | |
| 67.  Hershey (common) ● | C | Dividend | L | T | | | | | |
| 68.  Smith Barney Liquid Res Fund (common) ● | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Gen. American Inv. (common) (GAM) ● | E | Dividend | N | T | | | | | |
| 70. Chase Bank (acccount) ● | A | Interest | J | T | | | | | |
| 71. Chase Bank (formerly Bank of New York) | | None | O | T | | | | | |
| 72. Warburg Pincus (Credit Suisse) Funds (common) (trust) | A | Dividend | | | Sold | 1/18 | | | |
| 73. Art Works (estate) | | None | J | Q | See VIII | | | | |
| 74.    " | | | | | Sell part | 7/10 | J | | |
| 75. Chase (Bank of NY) account & money market fund (estate) | E | Interest | J | T | Transfer | 8/29 | P1 | | See VIII |
| 76. Vanguard GNMA Fixed Income Fund (trust) | C | Interest | L | T | Buy | 1/22 | L | | |
| 77.    " | | | | | Buy | 2/1 | J | | |
| 78.    " | | | | | Buy | 2/7 | J | | |
| 79. FSMAX | | None | K | T | Buy | 12/24 | K | | |
| 80. FLGEX | | None | K | T | Buy | 12/24 | K | | |
| 81. HGOCX | | None | J | T | Buy | 12/27 | J | | |
| 82. IHSAX | | None | J | T | Buy | 12/27 | J | | |
| 83. HNSCX | | None | J | T | Buy | 12/27 | J | | |
| 84. HIOCX | | None | K | T | Buy | 12/27 | K | | |
| 85. HCACX | | None | K | T | Buy | 12/27 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  IGINCX | | None | J | T | Buy | 12/24 | J | | |
| 87.  TILFX | | None | K | T | Buy | 12/24 | K | | |
| 88.  FNYXX | A | Interest | K | T | | | | | |
| 89.  " | | | | | Buy | 12/21 | M | | |
| 90.  " | | | | | Sell part | 12/24 | L | | |
| 91.  " | | | | | Sell part | 12/27 | K | | |
| 92.  Merrill Lynch money market fund (trust) | A | Interest | | | Sold | 1/17 | J | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Leval, Pierre N | 05/14/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In Part VII, item no. 73, "Art Works," the date of the appraisal was Jan. 20, 2005.

In Part IV
    Line 3:   Lectures to and meetings with Russian judges.
    Line 5:   Lectures to and meetings with Jordanian judges.
    Line 75: Transfer from estate to beneficiaries.

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 05/14/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND ~~~~~~~~~~ CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544